THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LYNCH, Appellant

Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.